# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:10cv26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| JODY S. BALL, indiviudally and doing ) | |
| business as Jody Ball Accounting; and ) | |
| THE TAX LADY, INC., ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for Pretrial Conference. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Pretrial Conference (contained in the CIAC) is **GRANTED,** and a Initial Pretrial Conference is calendared for December 10, 2010, at 9 a.m. in Courtroom #2 in Asheville.

-1-

Signed: December 2, 2010

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge