# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10cv26

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JODY S. BALL, indiviudally and doing business as Jody Ball Accounting; and THE TAX LADY, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the plaintiff's Motion to Appear By Telephone. The court will deny this motion as it was the parties that requested the hearing and telephonic hearings are not part of the usual practice in the Asheville and Bryson City Divisions. The parties may, however, request cancellation of the hearing as it does not appear that any suggested deadline in the CIAC is out of the ordinary.

## ORDER

**IT IS, THEREFORE, ORDERED** that the plaintiff's Motion to Appear By Telephone (#11) is **DENIED**.

Signed: December 8, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge