# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10cv26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> JODY S. BALL, indiviudally and doing ) <br> business as Jody Ball Accounting; and ) <br> THE TAX LADY, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion to Cancel Initial Pretrial Conference. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Cancel Initial Pretrial Conference (#13) is **GRANTED,** and the IPC is cancelled.

Signed: December 9, 2010

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

-1-