# United States District Court
# For The Western District of North Carolina
# Bryson City Division

UNITED STATES OF AMERICA,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                               2:10cv26

JODY S. BALL, individually, and
doing business as Jody Ball Accounting, and
THE TAX LADY, INC.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/10/2011 Stipulated Order of Permanent Injunction.

                                    Signed: February 10, 2011

                                    Frank G. Johns, Clerk
                                    United States District Court